FILED

2003 OCT -9 A 10: 11

US [...]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN MARIE ADAMS, | : CIVIL ACTION NO. 3:03CV0477 (JCH) |
| Plaintiff, | : |
| v. | : |
| THE HARTFORD COURANT, ET AL. | : |
| Defendants. | : |
| | : OCTOBER 8, 2003 |

**DEFENDANTS' MOTION FOR AN EXTENSION OF
TIME TO RESPOND TO PLAINTIFF'S MEMORANDUM
IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to Local Rule 9(b), Defendants, The Hartford Courant, The Tribune Company, Lynne DeLucia, Peter Sleight, Joe O'Brien, Jan Tarr, Vivian Chow, Cliff Teutsch and Vivian Dennis (hereinafter collectively referred to as "Defendants"), respectfully move for an extension of time in which to respond to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss. Specifically, Defendants, with the consent of Plaintiff's counsel, request an extension of time of one week, up to and including October 23, 2003. In support of this motion, Defendants state as follows:

1.  On March 17, 2003, Plaintiff filed her complaint alleging causes of action arising from her separation from employment.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

GRANTED. Absent Objection. SO ORDERED. Janet C. Hall, U.S.D.J. 10/14/03