Case 3:03-cv-00477-JCH    Document 22-2    Filed 10/23/2003    Page 1 of 1

# TOWN NEWS BRIEFING

## AREAWIDE
### Arts Program Signup

The Center for Creative Youth, a program of the Capitol Region Education Council, is accepting applications for summer 2003.

The five-week residency program, based at Wesleyan University, is for gifted and talented high school students of the arts who are 14 to 18 years old and are entering grades 10-12.

Concentrations are available in all art forms, with leadership training, performance opportunities and an emphasis on multiculturalism in the arts and in daily living. Classes are taught by professional and guest artists.

Auditions for the program, which runs from June 22 to July 26, will be conducted on March 22 at Wesleyan, in Middletown and at locations in Hartford, Bridgeport and New Haven, with the dates to be announced. Financial aid and scholarships are available.

For more information, visit www.crec.org/ccy, e-mail at ccy@wesleyan.edu, or call 860-685-3307.

## HARTFORD/SUFFIELD
### Antiquarian Group Gets $14,750 Grant

The Antiquarian & Landmarks Society has received a $14,750 grant from the Greater Hartford Arts Council and the Connecticut Humanities Council Heritage Advancement Program.

The grant will enable the society to expand its offerings in Hartford and Suffield at three sites: the Butler-McCook House and Garden and the Isham-Terry House, both in Hartford, and the Phelps-Hatheway House and Garden in Suffield.

For more information, call 860-247-8996, Ext. 12, or visit www.hartnet.org/als.

## AREAWIDE
### Courant Columnist Leads Organization

Hartford Courant columnist Stan Simpson has been elected as the new president of the Connecticut Association of Black Communicators.

Other members elected to the executive board, which is certified and recognized by the National Association of Black Journalists, are Rick Hancock, political reporter for Fox 61 News, elected as vice president of broadcast; Andre Bowser, a Hartford Courant reporter, elected as vice president of print; Neal Scarbrough, vice president and editor-in-chief of ESPN.com, elected as treasurer; and Angela Carter, a New Haven Register reporter, elected as secretary.

The group is the state affiliate of the National Association of Black Journalists.

The organization is seeking to alert community and civic leaders about the new officers because, they said, a past president has been misrepresenting herself as president of the organization.

## HARTFORD
### Economic Panel Elects New Officers

The Hartford Economic Development Commission recently elected new officers.

Carmen Sierra, executive director of Connecticut Association for United Spanish Action, has been elected chairwoman of the commission. She is succeeding David R. Kovacs, who has decided to step down at the end of his term as commissioner, which expires in March.

Adam M. Cloud, a director in the Public Finance Group at Advest Inc., was elected vice chairman.

## BLOOMFIELD
### Social Event For Cancer Survivors

BLOOMFIELD — The American Cancer Society is hosting a Survivor Social for cancer survivors, their families, friends and caregivers Thursday.

The open house will provide survivors with an opportunity to network with fellow cancer survivors as well as American Cancer Society staff and volunteers. Attendees will learn about American Cancer Society programs and services and about volunteer opportunities in their community.

The social will be from 4:30 to 7 p.m. at the First Congregational Church, 10 Wintonbury Ave., Bloomfield. Those interested are asked to RSVP to Nikie Sarris, the American Cancer Society at 800-227-2345 Ext. 4882.

## WINDSOR
### AARP Meeting

WINDSOR — An AARP meeting will be held for Windsor senior citizens and their guests on Tuesday at 1 p.m. in the LP Wilson Auditorium at 599 Matianuck Ave., Windsor.

Jacqueline M. Reardon, an attorney with a concentration in elder law, will discuss "Fraud, Financial, Consumer and Health Care." There will be a question-and-answer period following her talk.

Refreshments will be served after the meeting. Windsor Locks and Bloomfield AARP members are also invited to attend. For more information, friends and families will attend.

For more information on the tours, contact the Combat Veterans of Iwo Jima at 703-212-0695 or fax 703-212-8567. The Military Historical Tours can be reached at 4600 Duke St., Suite 420, Alexandria, VA 22301-2517 or at their website, www.miltours.com.

## AREAWIDE
### Statewide War Protest Planned For Weekend

Two women are organizing a statewide anti-war demonstration Saturday and Sunday called the Rolling Thunder Peace Tour.

Susan Allen of Glastonbury and Maria Ludwig of West Hartford say participants may join the tour, which will hit 10 communities over the two days, at any point during each day. Individuals, families, students and friends of all ages are welcome to the event, which is designed to be a "visible and audible" grass-roots protest of "President Bush's rush to war with Iraq," according to a press release.

Both women are veterans of the peace movement in Connecticut. Allen is known as "Sign Susan" for her hand-painted signs held by activists at protests in Greater Hartford, the Farmington Valley and east of the river.

Ludwig is nicknamed "Code Pink Maria," a reference to



TIA ANN CHAPMAN / THE HARTFORD COURANT
NEARLY 100 PEOPLE attended the Sweetheart's Dance at the Cheshire Senior Center Thursday afternoon, including Ann Mullins of Plantsville and her dance partner, Bob Dommer of Wallingford.

### THEY COULD HAVE DANCED ALL AFTERNOON

## HARTFORD
### City Man Pleads Guilty In Bank Robbery

A 33-year-old city man pleaded guilty in federal court Thursday to robbing a Hartford bank nearly three years ago.

Raymond Ortiz of 66 Preston St., faces up to 25 years in prison at his sentencing May 23 in U.S. District Court in Hartford. He pleaded guilty to armed bank robbery before U.S. District Court Judge Alvin W. Thompson.

Ortiz admitted to entering the Webster Bank at 324 Franklin Ave. on April 26, 2000, armed with a sawed-off shotgun. He and another man, who was armed with a revolver, ordered employees to lie on the floor before removing cash from a bank teller's cash drawer.

The FBI and Hartford police investigated the robbery. Assistant U.S. Attorney Thomas V. Daily prosecuted Ortiz and his accomplice, who previously pleaded guilty to the robbery.

## NEW BRITAIN
### Man Begins Serving Sentence

NEW BRITAIN — A city man who had 550 packets of heroin in a bedroom safe when arrested last summer began serving an eight-year prison sentence Thursday.

Jabiel Ramirez, 32, of Chapman Street, was sentenced would have had final approval. But under the city charter, the mayor's committee will have final say. Two Democrats, state Rep. Tim O'Brien, D-New Britain, and Alderwoman Suzanne Bielinski, will serve with Republican Alderman Tim Stewart on the committee.

The two council members said at Wednesday's council meeting that they will be open to public input.

"I think we heard a strong message from the public," Stewart said. "I will listen to them."

Said Bielinski, "I am maintaining an open mind. ... I think we'll do the best we can do with the decision."

## MANCHESTER
### Bail Set For Man Held In 2 Cases

MANCHESTER — A Manchester Superior Court judge set bail at a combined $200,000 Thursday for a 20-year-old man charged in a serious motor vehicle accident and, in a separate incident, with fraudulently using a credit card.

Tyrone Williams, who was living most recently in Georgia, was charged with first-degree assault, reckless operation of a motor vehicle, operating with unsafe tires and failure to obey a stop sign in connection with a motor vehicle accident in Manchester in July 2001.

Police said Williams drove through a stop sign and hit a motorcyclist, whose leg was ultimately amputated. In an arrest warrant affidavit, police said Williams had his driver's seat in a reclined position, severely limiting his line of sight. Judge Raymond Norko set bail at $100,000 in this case, according to court documents.

Williams also faces charges of third-degree larceny, six counts of fraudulent use of an automated teller machine and six counts of illegal use of a credit card in connection with incidents in August 2001. According to the affidavit, Williams filled out an employment application at a rental car company at Bradley International Airport in July 2001. Shortly after that, the man who interviews applicants noticed his credit card was missing. The stolen credit card was used at several locations in East Hartford, police said. Police said the person using the card in photographs taken from surveillance cameras appeared to be Williams, the arrest warrant affidavit said. Norko set bail at $100,000 for this case, according to court documents.

The cases were continued until March 13.

## AREAWIDE
### Official To Discuss