## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN MARIE ADAMS, | : | CIVIL ACTION NO. 3:03CV0477 (JCH) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE HARTFORD COURANT, ET AL. | : | |
| | : | |
| Defendants. | : | |
| | : | FEBRUARY 3, 2004 |

## DEFENDANTS' MOTION ON CONSENT
## FOR AN EXTENSION OF TIME

Pursuant to Local Rule 9(b), Defendants, The Hartford Courant, The Tribune Company, Lynn Delucia, Peter Sleight, Joe O'Brien, Jan Tarr, Vivian Chow, Cliff Teutsch, and Vivian Dennis (collectively referred to hereafter as the "Defendants"), with the consent of the Plaintiff, hereby move the Court for a sixty-day extension of time to complete discovery.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

In support of their motion for extension of time, Defendants show good cause for this motion by stating as follows:

1. Plaintiff has alleged that Defendants violated Title VII of the Civil Rights Act of 1964, the Civil Rights Act of 1866 and the Connecticut Fair Employment Practices Act and have negligently inflicted emotional distress on the Plaintiff.

2. Discovery is currently set to close on March 1, 2004. Dispositive motions are currently due on or before April 15, 2004.

3. The parties have conducted discovery. On January 20, 2004, Defendants served their First Request for Documents on Plaintiff. Plaintiff's responses are currently due on February 19, 2004.

4. Defendants have attempted to schedule Plaintiff's deposition within the original discovery deadlines. However, the first date Defendants' counsel, Plaintiff's counsel and the parties are available for the Plaintiff's deposition is April 8, 2004. Accordingly, the parties need an extension of time to complete discovery.

5. This is Defendants' first request for an extension of time of the discovery deadlines set by this Court.

6. Undersigned counsel for Defendants has discussed this motion for extension of time with Plaintiff's counsel, Thomas Bucci. Attorney Bucci has indicated that he consents to the granting of this motion for extension of time.

WHEREFORE, based on the foregoing, Defendants respectfully request that this Court modify the Scheduling Order as follows:

1. Discovery must be completed by May 1, 2004.

2. Dispositive motions must be filed on or before July 1, 2004.

Respectfully submitted,

DEFENDANTS,
THE HARTFORD COURANT, THE
TRIBUNE COMPANY, LYNN DELUCIA,
PETER SLEIGHT, JOE O'BRIEN, JAN
TARR, VIVIAN CHOW, CLIFF TEUTSCH,
and VIVIAN DENNIS,


By _____
   Victoria Woodin Chavey (ct 14242)
   Sarah Moore Fass (ct 18313)
   Day, Berry & Howard LLP
   One Canterbury Green
   Stamford, Connecticut 06901
   (203) 977-7300
   Their Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 3rd day of February 2004, via first class mail, postage prepaid, to:

Thomas Bucci, Esq.<br>
Willinger, Willinger & Bucci, P.C.<br>
855 Main Street<br>
Bridgeport, CT  06604

_____

Sarah Moore Fass

–5–