UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN MARIE ADAMS, | : CIVIL ACTION NO. 3:03CV0477 (JCH) |
| Plaintiff, | : |
| v. | : |
| THE HARTFORD COURANT, ET AL. | : |
| Defendants. | : |
| | : MARCH 2, 2004 |

## MOTION FOR EXTENSION OF TIME

The Defendants, Hartford Courant, The Tribune Company, Lynn Delucia, Peter Sleight, Joe O'Brien, Jan Tarr, Vivian Chow, Cliff Teutsch and Vivian Dennis (hereinafter "Defendants"), hereby move for an extension of time in which to answer or object to Plaintiff Ann Marie Adams' First Set of Interrogatories and Requests for Production dated February 2, 2004. Specifically, Defendants request an extension of time of thirty (30) days, up to and including April 2, 2004, to answer or object to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

The undersigned has contacted plaintiff's counsel, Attorney Thomas W. Bucci, regarding this motion. Attorney Bucci does not object to granting the Defendants an additional thirty (30) days to respond to plaintiff's discovery requests. This is the first request for an extension of time to respond to discovery filed by the Defendants.

      WHEREFORE, Defendants respectfully move for an extension of thirty (30) days, up to and including April 2, 2004, to answer or object to Plaintiff's First Set of Interrogatories and Requests for Production.

                                                       Respectfully submitted,

                                                       DEFENDANTS,
THE HARTFORD COURANT, THE TRIBUNE COMPANY, LYNN DELUCIA, PETER SLEIGHT, JOE O'BRIEN, JAN TARR, VIVIAN CHOW, CLIFF TEUTSCH, and VIVIAN DENNIS,

By _____
    Victoria Woodin Chavey (ct 14242)
    Sarah Moore Fass (ct 18313)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901
    (203) 977-7300
    Their Attorneys

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 2nd day of March 2004, via first class mail, postage prepaid, to:

Thomas Bucci, Esq.<br>
Willinger, Willinger & Bucci, P.C.<br>
855 Main Street<br>
Bridgeport, CT  06604

_____
Sarah Moore Fass

–3–