FILED
2004 MAR -3 A 10: 15
US DISTRICT COURT
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN MARIE ADAMS, | : CIVIL ACTION NO. 3:03CV0477 (JCH) |
| Plaintiff, | : |
| v. | : |
| THE HARTFORD COURANT, ET AL. | : |
| Defendants. | : |
| | : MARCH 2, 2004 |

## MOTION FOR EXTENSION OF TIME

The Defendants, Hartford Courant, The Tribune Company, Lynn Delucia, Peter Sleight, Joe O'Brien, Jan Tarr, Vivian Chow, Cliff Teutsch and Vivian Dennis (hereinafter "Defendants"), hereby move for an extension of time in which to answer or object to Plaintiff Ann Marie Adams' First Set of Interrogatories and Requests for Production dated February 2, 2004. Specifically, Defendants request an extension of time of thirty (30) days, up to and including April 2, 2004, to answer or object to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

The undersigned has contacted plaintiff's counsel, Attorney Thomas W. Bucci, regarding this motion. Attorney Bucci does not object to granting the Defendants an additional thirty (30) days to respond to plaintiff's discovery requests. This is the first request for an extension of time to respond to discovery filed by the Defendants.

GRANTED: Absent Objection
SO ORDERED.
Janet C. Hall, U.S.D.J. 3/5/05
FILED 2004 MAR -5 P 12:18 US DISTRICT COURT BRIDGEPORT CT