FILED

2004 FEB -4 A 10: 05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANN MARIE ADAMS,

        Plaintiff,

v.

THE HARTFORD COURANT, ET AL.

        Defendants.

: CIVIL ACTION NO. 3:03CV0477 (JCH)
:
:
:
:
:
:
:
: FEBRUARY 3, 2004

### DEFENDANTS' MOTION ON CONSENT
### FOR AN EXTENSION OF TIME

Pursuant to Local Rule 9(b), Defendants, The Hartford Courant, The Tribune Company, Lynn Delucia, Peter Sleight, Joe O'Brien, Jan Tarr, Vivian Chow, Cliff Teutsch, and Vivian Dennis (collectively referred to hereafter as the "Defendants"), with the consent of the Plaintiff, hereby move the Court for a sixty-day extension of time to complete discovery.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Motion Granted.
Discovery cutoff date 5/1/04
Dispositive Motions due by 7/1/04
SO ORDERED
3/8/04  Janet C. Hall USDJ

2004 MAR -9
US DISTRICT
BRIDGEPORT