2/27/04
*RESCHEDULED FROM 2/27/04 AT REQUEST OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AMENDED
TELEPHONIC STATUS CONFERENCE Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

MARCH 8, 2004

12:00 p.m.

STATUS CONFERENCE HELD
Date: 3/8/04

CASE NO. 3-03-cv-477 (JCH)  Adams v. Hartford Courant, et al.

Thomas W. Bucci
Willinger, Willinger & Bucci
855 Main St., 5th Floor
Bridgeport, CT 06604

Victoria Woodin Chavey
Day, Berry & Howard
Cityplace I, 185 Asylum Street
Hartford, CT 06103-3499

Sarah Moore Fass
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference via telephone.
This conference call is to be arranged between counsel.  Once all parties are on
the line, please telephone chambers at (203) 579-5554.