FILED

2004 MAY -4  A 9: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN MARIE ADAMS, | : | CIVIL ACTION NO. 3:03CV0477 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| THE HARTFORD COURANT, ET AL. | : | |
| Defendants. | : | MAY 3, 2004 |

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties in the above-referenced matter jointly move that the Court grant and enter the attached Protective Order to prevent possible misuse and undue dissemination of confidential and proprietary information. While the parties have agreed to produce such confidential information to one another to the extent required by the Federal Rules of Civil Procedure, the attached Protective Order is designed to limit the use and dissemination of confidential information to the prosecution and defense of this litigation.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

71228448_1.DOC 000000-00000
May 3, 2004 12:26 PM

Attached to this motion, the parties hereby submit the Protective Order to which they have agreed and which has been signed by counsel for each party in this action. Undersigned counsel represents that he/she has discussed this matter with counsel for each of the parties to this action and that counsel for each party jointly requests that the Court enter this Protective Order in this action.

        Respectfully submitted,

DEFENDANTS,
THE HARTFORD COURANT, THE
TRIBUNE COMPANY, LYNN DELUCIA,
PETER SLEIGHT, JOE O'BRIEN, JAN
TARR, VIVIAN CHOW, CLIFF TEUTSCH,
and VIVIAN DENNIS,

By _____
Victoria Woodin Chavey (ct 14242)
Sarah Moore Fass (ct 18313)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300
smfass@dbh.com
Their Attorneys

April 29, 2004 1:07 PM
-2-

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 29th day of April 2004, via certified mail, postage prepaid, to:

Thomas Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

_____
Sarah Moore Fass