FILED

2004 MAY -4 A 9: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

03CV477M PROTO

| | |
|---|---|
| ANN MARIE ADAMS, | : CIVIL ACTION NO. 3:03CV0477 (JCH) |
| Plaintiff, | : |
| v. | : |
| THE HARTFORD COURANT, ET AL. | : |
| Defendants. | : MAY 3, 2004 |

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the parties in the above-referenced matter jointly move that the Court grant and enter the attached Protective Order to prevent possible misuse and undue dissemination of confidential and proprietary information. While the parties have agreed to produce such confidential information to one another to the extent required by the Federal Rules of Civil Procedure, the attached Protective Order is designed to limit the use and dissemination of confidential information to the prosecution and defense of this litigation.

**ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED**

MOTION ___ Granted

SO ORDERED.

FILED ____ Janet C. Hall, U.S.D.J.

2004 MAY -5 P 2: 2
U.S. DISTRICT COURT
BRIDGEPORT, CONN

71228448_1.DOC  000000-00000
May 3, 2004 12:26 PM