UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN MARIE ADAMS, | : CIVIL ACTION NO. 3:03CV0477 (JCH) |
| Plaintiff, | : |
| v. | : |
| THE HARTFORD COURANT, ET AL. | : |
| Defendants. | : |
| | : MAY 26, 2004 |

**DEFENDANTS' MOTION ON CONSENT FOR
EXTENSION OF TIME TO FILE AN ANSWER**

The Defendants, Hartford Courant, The Tribune Company, Lynn Delucia, Peter Sleight, Joe O'Brien, Jan Tarr, Vivian Chow, Cliff Teutsch and Vivian Dennis (hereinafter "Defendants"), hereby move for an extension of time in which to answer Plaintiff Ann Marie Adams' substituted complaint dated August 14, 2003.  Specifically, Defendants request an extension of time of two weeks, up to and including June 18, 2004, to answer Plaintiff's complaint.

On May 14, 2004, the Court granted in part and denied in part Defendants' motion to dismiss.  In that Order, the Court permitted Adams a period of twenty-one days from the date of the Order to file an amended complaint.  Plaintiff's amended complaint, if any, is currently due on June 4, 2004.

On May 26, 2004, undersigned counsel contacted Plaintiff's counsel to inquire as to whether Plaintiff intends to file an amended complaint pursuant to the Court's Order.  Plaintiff's counsel indicated that Plaintiff does intend to file an amended complaint.  As such, Defendants request an extension of time to file an answer to avoid the burden and expense of filing two answers with the Court.

The undersigned has contacted Plaintiff's counsel, Attorney Thomas W. Bucci, regarding this motion. Attorney Bucci does not object to the granting of this motion. Since the Court's May 14, 2004 Order, this is Defendants' first request for an extension of time to file an answer.

WHEREFORE, Defendants respectfully move for an extension of two weeks, up to and including June 18, 2004, to file an answer to Plaintiff's complaint.

    Respectfully submitted,

    DEFENDANTS,
    THE HARTFORD COURANT, THE TRIBUNE COMPANY, LYNN DELUCIA, PETER SLEIGHT, JOE O'BRIEN, JAN TARR, VIVIAN CHOW, CLIFF TEUTSCH, and VIVIAN DENNIS,

    By_____
      Victoria Woodin Chavey (ct 14242)
      Sarah Moore Fass (ct 18313)
      Day, Berry & Howard LLP
      One Canterbury Green
      Stamford, Connecticut 06901
      (203) 977-7300
      Their Attorneys

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 26th day of May 2004, via first class mail, postage prepaid, to:

Thomas Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

_____
Sarah Moore Fass