**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ANN MARIE ADAMS, | : CIVIL ACTION NO. 3:03CV0477 (JCH) |
| Plaintiff, | : |
| v. | : |
| THE HARTFORD COURANT, ET AL. | : |
| Defendants. | : |
| | : JUNE 16, 2004 |

## DEFENDANTS' MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE AN ANSWER

      The Defendants, Hartford Courant, The Tribune Company, Lynn Delucia, Peter Sleight, Joe O'Brien, Jan Tarr, Vivian Chow, Cliff Teutsch and Vivian Dennis (hereinafter "Defendants"), hereby move for an extension of time in which to answer Plaintiff Ann Marie Adams' second substituted complaint dated June 7, 2004. Specifically, Defendants request an extension of time of two weeks, up to and including July 2, 2004, to answer Plaintiff's second substituted complaint.

      On May 14, 2004, the Court granted in part and denied in part Defendants' partial motion to dismiss. In that Order, the Court dismissed Plaintiff's cause of action for intentional infliction of emotional distress as to all Defendants. On June 7, 2004, Plaintiff filed a second substituted complaint. In that complaint, Plaintiff inadvertently included an allegation relating to the dismissed claim of intentional infliction of emotional distress. On June 16, 2004, undersigned counsel contacted Plaintiff's counsel, Thomas Bucci, regarding this allegation. Attorney Bucci indicated that he plans to file a revised second substituted complaint deleting all references to the dismissed intentional infliction of emotional distress claim. Because Attorney Bucci must file a revised second substituted complaint, and because undersigned counsel will be on vacation from

June 21 through June 28, 2004, Defendants request an extension of time of two weeks, up to and including July 2, 2004, in which to file an answer to Plaintiff's revised second substituted complaint.

On June 16, 2004, undersigned counsel contacted Attorney Bucci regarding this motion. Attorney Bucci consents to the granting of this motion. Since the Court's May 14, 2004 Order, this is Defendants' second request for an extension of time to file an answer.

WHEREFORE, Defendants respectfully move for an extension of two weeks, up to and including July 2, 2004, to file an answer to Plaintiff's second substituted complaint.

        Respectfully submitted,

        DEFENDANTS,
        THE HARTFORD COURANT, THE TRIBUNE COMPANY, LYNN DELUCIA, PETER SLEIGHT, JOE O'BRIEN, JAN TARR, VIVIAN CHOW, CLIFF TEUTSCH, and VIVIAN DENNIS,

By_____
   Victoria Woodin Chavey (ct 14242)
   Sarah Moore Fass (ct 18313)
   Day, Berry & Howard LLP
   One Canterbury Green
   Stamford, Connecticut 06901
   (203) 977-7300
   Their Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 16th day of June 2004, via first class mail, postage prepaid, to:

Thomas Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT  06604

_____
Sarah Moore Fass