**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ANN MARIE ADAMS, | : | CIVIL CASE NO. |
| Plaintiff, | : | 3:03CV0477 (JCH) |
| | : | |
| VS. | : | |
| | : | |
| THE HARTFORD COURANT, TRIBUNE COMPANY, | : | |
| LYNNE DELUCIA, PETER SLEIGHT, JOE OBRIEN, | : | |
| JAN TARR, | : | |
| Defendants. | : | JUNE 17, 2004 |

## MOTION TO AMEND PLAINTIFF'S COMPLAINT PURSUANT TO RULE 15(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the plaintiff respectfully requests that the Court allow her to amend her complaint by deleting ¶6 of her second substituted complaint. The plaintiff erroneously left ¶6 in her complaint, which referred to her claim for the intentional infliction of emotional distress, even though the Court had dismissed the claim referenced therein in the Court's ruling on the defendants' motion to dismiss.

Defendant's counsel has expressed that she has no objection to the plaintiff's amendment.

**WHEREFORE,** the plaintiff moves that the Court grant her motion to amend her Complaint pursuant to the third substituted complaint attached hereto.

THE PLAINTIFF – ANN- MARIE ADAMS

BY_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: thomasbucci@earthlink.net

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing *Motion to Amend Complaint* was mailed via first-class U.S. mail, postage prepaid, on this 17th day of June, 2004, to :

Sarah Moore Fass, Esquire (ct 18313)
Victoria Woodin Chavey (ct 14242)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901-2047
Tel: (203) 977-7300
Fax: (203) 977-7301
smfass@dbh.com

_____
Thomas W. Bucci