## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN MARIE ADAMS, | : CIVIL ACTION NO. 3:03CV0477 (JCH) |
| Plaintiff, | : |
| v. | : |
| THE HARTFORD COURANT, ET AL. | : |
| Defendants. | : |
| | : JUNE 28, 2004 |

### DEFENDANTS' MOTION ON CONSENT FOR AN EXTENSION
### OF TIME TO FILE A DISPOSITIVE MOTION

The Defendants, Hartford Courant, The Tribune Company, Lynn Delucia, Peter Sleight, Joe O'Brien, Jan Tarr, Vivian Chow, Cliff Teutsch and Vivian Dennis (hereinafter "Defendants"), respectfully move for an extension of time in which to file their motion for summary judgment.  Specifically, Defendants request an extension of time of three weeks from the settlement conference before Magistrate Judge Fitzsimmons, which has not yet been scheduled, to file their motion for summary judgment.  Defendants show good cause for this motion by stating as follows:

1. On June 17, 2004, Defendants' counsel and Plaintiff's counsel requested that this case be referred to Magistrate Judge Fitzsimmons for a settlement conference.

2. That settlement conference has not yet been scheduled.

3. Dispositive motions are currently due to be filed by no later than July 1, 2004.

4. Because Defendants would like an opportunity to pursue possible settlement of this case before filing their motion for summary judgment, Defendants respectfully request an extension of time of three weeks after the settlement conference to file their motion for summary judgment.

5. Defendants' counsel, Sarah Moore Fass, contacted Plaintiff's counsel, Thomas Bucci, regarding this motion. Attorney Bucci consents to the granting of this motion for extension of time.

6. This is Defendants' first motion for an extension of time in which to file dispositive motions.

WHEREFORE, Defendants, with the consent of the Plaintiff, respectfully request that the Court grant them an extension of time of three weeks after the settlement conference before Magistrate Judge Fitzsimmons in which to file a dispositive motion.

    Respectfully submitted,

    DEFENDANTS,
    THE HARTFORD COURANT, THE TRIBUNE COMPANY, LYNN DELUCIA, PETER SLEIGHT, JOE O'BRIEN, JAN TARR, VIVIAN CHOW, CLIFF TEUTSCH, and VIVIAN DENNIS,

    By_____
      Victoria Woodin Chavey (ct 14242)
      Sarah Moore Fass (ct 18313)
      Day, Berry & Howard LLP
      One Canterbury Green
      Stamford, Connecticut 06901
      (203) 977-7300
      Their Attorneys

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 28th day of June 2004, via first class mail, postage prepaid, to:

Thomas Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT  06604

_____
Sarah Moore Fass