# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANN MARIE ADAMS : | |
|    Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-03-cv-477 (JCH) |
| : | |
| THE HARTFORD COURANT, ET AL : | |
|    DefendantS : | JUNE 21, 2004 |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____ A ruling on the following motion(s) which are currently pending (orefm.):

_____√\_\_\_ A settlement conference (orefmisc./cnf).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 21st day of June, 2004.

                          /s/ Janet C. Hall
                          Janet C. Hall
                          United States District Judge