# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN MARIE ADAMS, | : | CIVIL ACTION NO. 3:03CV0477 (JCH) |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| THE HARTFORD COURANT, ET AL. | : | |
| | : | |
| Defendants. | : | |
| | : | JULY 1, 2004 |

## DEFENDANTS' MOTION ON CONSENT FOR
## EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

The Defendants, Hartford Courant, The Tribune Company, Lynn Delucia, Peter Sleight, Joe O'Brien, Jan Tarr, Vivian Chow, Cliff Teutsch and Vivian Dennis (hereinafter "Defendants"), hereby move for an extension of time in which to file a responsive pleading to Plaintiff Ann Marie Adams' third substituted complaint dated June 17, 2004. Specifically, Defendants request an extension of time of two weeks, up to and including July 16, 2004, to file a responsive pleading to Plaintiff's third substituted complaint. Defendants show good cause for the filing of this motion as follows:

1.  On or about June 17, 2004, Plaintiff filed a third substituted complaint. In that complaint, the Plaintiff alleges thirteen new factual allegations to address the Court's Order dated May 14, 2004 granting in part and dismissing in part Defendants' partial motion to dismiss.

2.  The new factual allegations relate to certain named Defendants as well as other employees of The Hartford Courant. As such, Defendants must confer with several individuals in order to admit or deny the new allegations. Due to vacation schedules, Defendants request that this Court grant them additional time to confer

with these individuals in order to prepare a proper responsive pleading.

3. This case is currently being referred to Magistrate Judge Fitzsimmons for the scheduling of a settlement conference. As such, the requested extension will not impact any other proceeding with regard to this case.

4. On July 1, 2004, undersigned counsel contacted Attorney Bucci regarding this motion. Attorney Bucci consents to the granting of this motion.

5. This is Defendants' first request for an extension of time to file a responsive pleading to Plaintiff's third substituted complaint.

WHEREFORE, Defendants respectfully move for an extension of two weeks, up to and including July 16, 2004, to file an answer to Plaintiff's second substituted complaint.

Respectfully submitted,

DEFENDANTS,
THE HARTFORD COURANT, THE
TRIBUNE COMPANY, LYNN DELUCIA,
PETER SLEIGHT, JOE O'BRIEN, JAN
TARR, VIVIAN CHOW, CLIFF TEUTSCH,
and VIVIAN DENNIS,

By_____
    Victoria Woodin Chavey (ct 14242)
    Sarah Moore Fass (ct 18313)
    Day, Berry & Howard LLP
    One Canterbury Green
    Stamford, Connecticut 06901
    (203) 977-7300
    Their Attorneys

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed this 1st day of July 2004, via first class mail, postage prepaid, to:

Thomas Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT  06604

_____
Sarah Moore Fass