FILED

2004 AUG 26  A 9: 44

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN MARIE ADAMS, | : | CIVIL ACTION NO. 3:03CV0477 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| THE HARTFORD COURANT,<br>TRIBUNE COMPANY,<br>LYNNE DELUCIA, PETER SLEIGHT,<br>JOE O'BRIEN, JAN TARR, VIVIAN CHOW,<br>CLIFF TEUTSCH and VIVIAN DENNIS, | : | |
| Defendants. | : | AUGUST 25, 2004 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to a dismissal with prejudice of the above matter, without attorneys' fees or costs to either party. The parties stipulate to dismiss, with prejudice, all claims, demands, complaints and appeals thereof that were or could have been raised by the Plaintiff, Ann Marie Adams, against the Defendants, Tribune Company, The Hartford Courant Company, Lynn DeLucia, Peter Sleight, Joe O'Brien, Jan Tarr, Vivian Chow, Cliff Teutsch and Vivian Dennis.

This Stipulation for Dismissal With Prejudice hereby is respectfully filed by the parties set forth below.

| | |
|---|---|
| **PLAINTIFF,**<br>**ANN MARIE ADAMS** | **DEFENDANTS,**<br>**TRIBUNE COMPANY,**<br>**THE HARTFORD COURANT,**<br>**LYNNE DELUCIA, PETER SLEIGHT,**<br>**JOE O'BRIEN, JAN TARR,**<br>**VIVIAN CHOW, CLIFF TEUTSCH,**<br>**and VIVIAN DENNIS** |
| By_____<br>Thomas W. Bucci, Esq. ct 07805<br>Willinger, Willinger & Bucci, P.C.<br>855 Main Street<br>Bridgeport, CT 06604<br>Telephone: (203) 366-3939<br>Facsimile: (203) 337-4588<br>thomasbucci@earthlink.net<br>Her Attorney | By_____<br>Victoria Woodin Chavey (ct 14242)<br>Sarah Moore Fass (ct 18313)<br>Day, Berry & Howard LLP<br>CityPlace I, 185 Asylum Street<br>Hartford, CT 06103-3499<br>Telephone: (860) 275-0100<br>Facsimile: (860) 275-0343<br>vwchavey@dbh.com<br>smfass@dbh.com<br>Their Attorneys |