FILED

2004 AUG 26  A 9: 44

U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANN MARIE ADAMS, | : | CIVIL ACTION NO. 3:03CV0477 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| THE HARTFORD COURANT, TRIBUNE COMPANY, LYNNE DELUCIA, PETER SLEIGHT, JOE O'BRIEN, JAN TARR, VIVIAN CHOW, CLIFF TEUTSCH and VIVIAN DENNIS, | : | |
| Defendants. | : | AUGUST 25, 2004 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to a dismissal with prejudice of the above matter, without attorneys' fees or costs to either party. The parties stipulate to dismiss, with prejudice, all claims, demands, complaints and appeals thereof that were or could have been raised by the Plaintiff, Ann Marie Adams, against the Defendants, Tribune Company, The Hartford Courant Company, Lynn DeLucia, Peter Sleight, Joe O'Brien, Jan Tarr, Vivian Chow, Cliff Teutsch and Vivian Dennis.

This Stipulation for Dismissal With Prejudice hereby is respectfully filed by the parties set forth below.

<table>
<tr><td>

**PLAINTIFF,**
**ANN MARIE ADAMS**




By _____
Thomas W. Bucci, Esq. ct 07805
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604
Telephone: (203) 366-3939
Facsimile: (203) 337-4588
thomasbucci@earthlink.net
Her Attorney

</td><td>

**DEFENDANTS,**
**TRIBUNE COMPANY,**
**THE HARTFORD COURANT,**
**LYNNE DELUCIA, PETER SLEIGHT,**
**JOE O'BRIEN, JAN TARR,**
**VIVIAN CHOW, CLIFF TEUTSCH,**
**and VIVIAN DENNIS**

By _____
Victoria Woodin Chavey (ct 14242)
Sarah Moore Fass (ct 18313)
Day, Berry & Howard LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103-3499
Telephone: (860) 275-0100
Facsimile: (860) 275-0343
vwchavey@dbh.com
smfass@dbh.com
Their Attorneys

</td></tr>
</table>